UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENZELL FARISH,

     Plaintiff,

                                      Case No. 2:21-cv-2

v.

                                      HON. JANET T. NEFF

CONNIE HORTON, et al.,

     Defendants.

_____/

## <u>ORDER</u>

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 20, 2022, recommending that this Court grant the motion and enter judgment in favor of Defendants.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 33) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 28) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  February 27, 2022                          /s/ Janet T. Neff
                                                   JANET T. NEFF
                                                   United States District Judge